IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RYAN CORNELUS RUMPH, | * |
| Petitioner, | * |
| v. | Case No.  5:21-cv-437-MTT-CHW |
| | * |
| WARDEN DESHAWN JONES, | |
| | * |
| Respondent. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated October 19, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of October, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk